NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERICAN NEEDLE, INC.,**
*Plaintiff-Appellant*

v.

**ZAZZLE INC., CAFEPRESS INC.,**
*Defendants-Appellees*

---

2016-1550, -1556

---

Appeals from the United States District Court for the Northern District of Illinois in Nos. 1:15-cv-03968, 1:15-cv-03971, Judge John W. Darrah.

---

**O R D E R**

The above captioned appeals appear related, and thus the court consolidates the appeals.

Because we consolidate the appeals, one set of briefs should be filed.

IT IS ORDERED THAT:

The above-captioned appeals are consolidated, and the revised official caption is reflected above. The appellant's opening brief is due no later than April 4, 2016.

                                                       FOR THE COURT

                                                       <u>/s/ Daniel E. O'Toole</u>
                                                       Daniel E. O'Toole
                                                       Clerk of Court

s31